1  BENJAMIN B. WAGNER
   United States Attorney
2  PAUL A. HEMESATH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700
   Facsimile:   (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,            CASE NO.  2:14-MJ-00142-CKD

12                    Plaintiff,        MOTION TO DISMISS COMPLAINT, VACATE
                                        PRELIMINARY HEARING AND RELEASE
                   v.                   DEFENDANT
13
   LAVELLE RONDELL JOHNSON,
14
                      Defendant.
15

16
          The United States of America, through its attorney of record, Assistant United States Attorney
17
   Paul A. Hemesath, hereby moves for an order dismissing, without prejudice, the pending Criminal
18
   Complaint against defendant LAVELLE RONDELL JOHNSON.
19
          On July 14, 2014, the United States filed a Criminal Complaint charging JOHNSON with Being
20
   a Felon in Possession of a Firearm in violation of 18 U.S.C. § 922(g).
21
          The government represents that such dismissal should be granted in the interest of justice, and
22
   pursuant to Federal Rule of Criminal Procedure 48(a)
23

24
   / / /
25

26 / / /

27
   / / /
28

                                                    1
   MOTION TO DISMISS COMPLAINT, VACATE
   PRELIMINARY HEARING AND RELEASE DEFENDANT

1    As a result of the foregoing, the government also requests that the preliminary hearing currently

2 scheduled for July 28, 2014, be vacated, and that the defendant be released from custody.

3

4 Dated:  July 25, 2014                                    BENJAMIN B. WAGNER
                                                          United States Attorney

5

6                                                 By:   /s/ PAUL A. HEMESATH
                                                        PAUL A. HEMESATH
7                                                       Assistant United States Attorney

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MOTION TO DISMISS COMPLAINT, VACATE
PRELIMINARY HEARING AND RELEASE DEFENDANT

2

**ORDER**

1

2        IT IS HEREBY ORDERED that the pending Criminal Complaint in case number 2:14-MJ-

3  00142-CKD against defendant LAVELLE RONDELL JOHNSON is hereby DISMISSED pursuant to

4  Federal Rule of Criminal Procedure 48(a) without prejudice.

5        IT IS FURTHER ORDERED that the preliminary hearing currently scheduled for July 28, 2014,

6  is hereby vacated.

7        IT IS FURTHER ORDERED that defendant shall be released from custody.

8

9        IT IS SO FOUND AND ORDERED.

10       Dated:  July 25, 2014

11

12       _____
         KENDALL J. NEWMAN
         UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER                                        1